TIMPANOGOS SPECIAL SERVICE
DISTRICT, Plaintiff and Appellant,

v.

ENGINEERS CONSTRUCTION CO.,
INC., a Utah corporation, Defendant
and Respondent.

No. 17709.

Supreme Court of Utah.

March 31, 1982.

John C. Backlund, Provo, for plaintiff
and appellant.

Robert F. Babcock, Salt Lake City, for
defendant and respondent.

PER CURIAM:

This is an appeal from the dismissal of a
complaint, the gravamen of which is an
attack on a sewage disposal facility con-
tract, containing an arbitration clause, the
attack being bottomed on a claim of its
unconstitutionality. The attack was two-
pronged assigning Article I, Sections 7 and
11 of the Utah Constitution as the weapon
for its destruction.

The trial court held that the arbitration
legislation claimed by plaintiff to be uncon-
stitutional, namely U.C.A., 1953, 78–31–1 et
seq., *was* constitutional. The court stayed
execution on the dismissal until the parties,
who indicated an intention to appeal,
presented the sole question of constitution-
ality, to this Court to obtain a dispositive
decision to lay the matter at rest.

At the time this case came to issue in this
Court, another case involving identical con-
stitutional and statutory questions, and that
even had the identical language in the con-
tracts, except as to parties, time, place and
other terms inconsequential to the determi-
nation of the sole question as to the consti-
tutionality of the Utah Arbitration Act,
was pending and decided by this Court.
The case adverted to is *Lindon City v. Engi-
neers Construction Co.*, Utah, 636 P.2d 1070
(1981), a unanimous decision, which is dis-
positive of the issue on appeal here.

The judgment is affirmed, without any
award of costs because of the mutual inter-
ests of the parties in having the matter
resolved.